**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

JOSEPH SCHAEFFER,

        Plaintiff,

    vs.                              Civil Action 2:11-CV-419
                                    Judge Frost
                                    Magistrate Judge King

SGT. DANIEL L. SHOWALTER, *et al.*,

        Defendants.

<u>ORDER</u>

    This case has been reported settled and was previously scheduled for a status conference on January 6, 2012 at 10:00 a.m. *Order*, Doc. No. 19. The Court has been advised that the parties are in the process of completing terms of settlement.

    With the agreement of the parties, this action is hereby **DISMISSED**, except that the case will be reopened upon motion of any party, filed within thirty (30) days, should terms of settlement not be met.

<u>January 9, 2012</u>              <u>   *s/Norah McCann King*   </u>
   Date                         Norah M<sup>c</sup>Cann King
                         United States Magistrate Judge