```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

**JOSEPH SCHAEFFER,**

        **Plaintiff,**

    **vs.**                                    **Civil Action 2:11-CV-419**
                                                    **Judge Frost**
                                                      **Magistrate Judge King**

**SGT. DANIEL L. SHOWALTER,** *et al.*,

        **Defendants.**

## ORDER

This case has been reported settled and was previously scheduled for a status conference on January 6, 2012 at 10:00 a.m. *Order*, Doc. No. 19. The Court has been advised that the parties are in the process of completing terms of settlement.

With the agreement of the parties, this action is hereby **DISMISSED**, except that the case will be reopened upon motion of any party, filed within thirty (30) days, should terms of settlement not be met.


<u>January 9, 2012</u>                                      <u>*s/Norah McCann King*</u>
    Date                                                 Norah M<sup>c</sup>Cann King
                                                   United States Magistrate Judge